THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
KATHERINE V.A. SMITH, SBN 247866
  ksmith@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

*Attorneys for Defendants*

HUNTER PYLE, SBN 191125
CHAD SAUNDERS, SBN 257810
HUNTER PYLE LAW
428 Thirteenth Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
hunter@hunterpylelaw.com
csaunders@hunterpylelaw.com

*Attorneys for Plaintiffs and the Certified Classes*
[Additional Counsel Continued on Next Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARLEY CASTRO and LUCIA MARMOLEJO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABM INDUSTRIES, INC.; ABM ONSITE SERVICES – WEST, INC.; ABM SERVICES, INC.; ABM JANITORIAL SERVICES – NORTHERN CALIFORNIA, INC.; and ABM JANITORIAL SERVICES, INC.,<br><br>Defendants. | CASE NO. 4:17-cv-03026-YGR<br><br>**JOINT NOTICE REGARDING MEDIATION STATUS**<br><br>**Hearing**:<br>Date:    May 25, 2018<br>Time:   9:01 a.m.<br>Place:   Courtroom 1, 4th Floor<br>Judge:  The Hon. Yvonne Gonzalez Rogers<br><br>ACTION FILED: October 24, 2014 |

*Additional Counsel*:

TODD JACKSON, SBN 202598
CATHA WORTHMAN, SBN 230399
GENEVIEVE CASEY, SBN 264928
FEINBERG, JACKSON, WORTHMAN & WASOW
383 4th Street, Suite 201
Oakland, California 94607
Telephone: (510) 269-7998
Facsimile: (510) 269-7994
todd@feinbergjackson.com
catha@feinbergjackson.com
genevieve@feinbergjackson.com

Pursuant to the Court's April 25, 2018 Order (Dkt. 69), the parties have agreed to participate in a mediation with Mark Rudy on October 15, 2018. In light of the parties' compliance, the parties respectfully request that the Court vacate the May 25, 2018 compliance hearing.

Dated: May 11, 2018

> THEODORE J. BOUTROUS JR.
> THEANE EVANGELIS
> KATHERINE V.A. SMITH
> BRADLEY J. HAMBURGER
> GIBSON, DUNN & CRUTCHER LLP
>
> By: /s/ Theane Evangelis
>       Theane Evangelis
>
> Attorneys for Defendants

Dated: May 11, 2018

> HUNTER PYLE LAW
> FEINBERG, JACKSON, WORTHMAN & WASOW
>
> By: /s/ Hunter Pyle
>       Hunter Pyle
>
> Attorneys for Plaintiffs and the Classes

\*\*\*

I hereby attest that pursuant to Civil L.R. 5-1 (i)(3), I have received concurrence in the filing of this document from each of the other Signatories.

> /s/ Theane Evangelis
> Theane Evangelis