| | |
|---|---|
| Hunter Pyle, SBN 191125<br>Chad Saunders, SBN 257810<br>HUNTER PYLE LAW<br>428 Thirteenth Street, 11th Floor<br>Oakland, California 94612<br>Telephone: (510) 444-4400<br>Facsimile: (510) 444-4410<br>hunter@hunterpylelaw.com<br>csaunders@hunterpylelaw.com<br><br>Catha Worthman, SBN 230399<br>Genevieve Casey, SBN 264928<br>Todd Jackson, SBN 202598<br>FEINBERG, JACKSON, WORTHMAN & WASOW<br>2030 Addison, Suite 500<br>Berkeley, California 94704<br>Telephone: (510) 269-7998<br>Facsimile: (510) 269-7994<br>catha@feinbergjackson.com<br>genevieve@feinbergjackson.com<br>todd@feinbergjackson.com<br><br>*Attorneys for Plaintiffs and the Class* | THEODORE J. BOUTROUS JR., SBN 132099<br>  tboutrous@gibsondunn.com<br>THEANE EVANGELIS, SBN 243570<br>  tevangelis@gibsondunn.com<br>KATHERINE V.A. SMITH, SBN 247866<br>  ksmith@gibsondunn.com<br>BRADLEY J. HAMBURGER, SBN 266916<br>  bhamburger@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone:     213.229.7000<br>Facsimile:      213.229.7520<br><br>*Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARLEY CASTRO and LUCIA MARMOLEJO, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ABM INDUSTRIES, INC.; ABM ONSITE SERVICES – WEST, INC.; ABM SERVICES, INC.; ABM JANITORIAL SERVICES – NORTHERN CALIFORNIA, INC.; and ABM JANITORIAL SERVICES, INC.,<br><br>    Defendants. | CASE NO. 4:17-cv-03026-YGR<br><br>**JOINT STIPULATION RE: CLASS NOTICE**<br><br>ACTION FILED: October 24, 2014 |

IT IS SO ORDERED
*[signature]*
Judge Yvonne Gonzalez Rogers
10/4/2018

| | |
|---|---|
| 1 | By and through their undersigned counsel of record, Plaintiffs Marley Castro and Lucia |
| 2 | Marmolejo ("Plaintiffs") and ABM Onsite Services– West, Inc. (now known as ABM Industry |
| 3 | Groups, LLC), ABM Services, Inc. (now known as ABM Industry Groups, LLC); ABM Janitorial |
| 4 | Services – Northern California (now known as ABM Industry Groups, LLC); and ABM Janitorial |
| 5 | Services – Southwest, Inc. (now known as ABM Industry Groups, LLC) (collectively "Defendants") |
| 6 | hereby stipulate and agree as follows: |
| 7 | WHEREAS, Plaintiffs and Defendants (collectively, "the Parties") received the Court's Order |
| 8 | Granting in Part Motion for Approval of Class Notice Distribution Plan and Form of Notice (ECF |
| 9 | No. 90), which approved the proposed class notice with certain revisions by the Court; |
| 10 | WHEREAS, the Parties accept and agree to adopt the Court's revisions to the proposed class |
| 11 | notice; |
| 12 | THEREFORE, IT IS STIPULATED AND AGREED as follows: |
| 13 | There is no need for a telephonic conference with the Court to discuss the Court's revisions. |

Dated: October 1, 2018

                                THEODORE J. BOUTROUS JR.
                                THEANE EVANGELIS
                                KATHERINE V.A. SMITH
                                BRADLEY J. HAMBURGER
                                GIBSON, DUNN & CRUTCHER LLP

                                By: */s/ Theane Evangelis*
                                       Theane Evangelis

                                *Attorneys for Defendants*

Dated: October 1, 2018

                                HUNTER PYLE LAW
                                FEINBERG, JACKSON, WORTHMAN & WASOW

                                By: */s/ Catha Worthman*
                                       Catha Worthman

                                Attorneys for Plaintiffs and the Putative Class

\*\*\*

I hereby attest that pursuant to Civil L.R. 5-1 (i)(3), I have received concurrence in the filing of this document from each of the other Signatories.

*/s/ Catha Worthman*

Catha Worthman